

**U. S. Department of Justice**

**ROBERT J. HIGDON, JR.**
*United States Attorney*
*Eastern District of North Carolina*

| | |
|---|---|
| *US Attorney's Office* | *Telephone (919) 856-4530* |
| *150 Fayetteville Street* | *Criminal FAX (919) 856-4487* |
| *Suite 2100* | *Civil FAX (919) 856-4821* |
| *Raleigh, North Carolina 27601-1461* | *www.usdoj.gov/usao/nce* |

DATE: October 19, 2020

TO: Clerk's Office,
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: ROBERT J. HIGDON, JR.,
United States Attorney

ATTN OF: Jake D. Pugh
Assistant United States Attorney

SUBJECT: <u>United States v. WILLIAM ROBERT JEFFERY</u>
No. <u>5:20-CR-464-1D</u> - Western Division

    Please issue an arrest warrant for the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office. The warrant should be returnable before the U.S. Magistrate Judge.

cc: US Marshal Service
     US Probation Office