AO 442 (Rev. 12/85) Warrant for Arrest


RECEIVED
OCT 19 2020
U.S. Marshals Service, EDNC

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

WILLIAM ROBERT JEFFERY

**WARRANT FOR ARREST**

CRIMINAL CASE: 5:20-CR-00464-1D(3)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

<u>WILLIAM ROBERT JEFFERY</u> and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment ____Superseding Indictment _____Criminal Information _____Complaint

_____ Order of Court: _____Violation Notice _____Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. §§ 2252(a)(5)B): Possession of Child Pornography

Peter A. Moore, Jr.
Name of Issuing Officer

_Arsen Fuller_
Signature of Issuing officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

OCTOBER 15, 2020 - GREENVILLE, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED 10/19/20 <br> DATE OF ARREST 10/21/20 | NAME AND TITLE OF ARRESTING OFFICER <br> J. Hanish, FBI | NAME AND TITLE OF ARRESTING <br> By S. Bowyer, USMS |

**FILED**

OCT 2 2 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

Case 5:20-cr-00464-D   Document 11   Filed 10/22/20   Page 1 of 1