IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-464-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WILLIAM ROBERT JEFFERY, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's emergency motion to re-open detention proceedings not later than April 27, 2021. Defendant may file a reply not later than April 29, 2021, including any proposed release plan.

SO ORDERED. This 22 day of April 2021.

JAMES C. DEVER III
United States District Judge