IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-464-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIAM ROBERT JEFFERY, | ) | |
| | ) | |
| Defendant. | ) | |

The court has reviewed defendant's motion for meaningful access to defendant in custody. See [D.E. 40]. The court DIRECTS counsel to contact Captain Frederick Hayes or Lieutenant Bobby Smith of the Sampson County Sheriff's Office to discuss access to the defendant. The court believes Captain Hayes and Lieutenant Smith will ensure access. Defendant's motion [D.E. 40] is DENIED without prejudice.

Defendant may file another motion if he does not get access. Any such motion must detail the specific steps defense counsel has taken to get access to the defendant.

SO ORDERED. This 26 day of July 2021.

JAMES C. DEVER III
United States District Judge