

# CyberTipline Report 57356024

## Priority Level: E
## (Report submitted by a registered Electronic Service Provider)

Received by NCMEC on 10-19-2019 02:36:27 UTC

All dates are displayed as MM-DD-YYYY

Except for times provided in Additional Information sections, all time zones are displayed in UTC

# Executive Summary

**The following is a brief overview of information contained in this CyberTipline report:**

I reviewed the uploaded files and found what appears to be APPARENT CHILD PORNOGRAPHY.

CT/TA query for the reported identifiers returned negative or irrelevant results.

Based on reported IP address which appears to return to AT&T U-verse in Raleigh NC, I have placed this on the VPN for the NC ICAC.

**Incident Type:** Apparent Child Pornography (Unconfirmed)

NCMEC Incident Type is based on NCMEC's review of the report **OR** a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP.

NCMEC staff have viewed one or more of the files submitted with this CyberTipline report and have categorized one or more of the files as designated in the Incident Type.

Please see Section C for additional information related to the files that were viewed and categorized by NCMEC.

**Total Uploaded Files:** 1

The National Center for Missing & Exploited Children (NCMEC) was incorporated in 1984 by child advocates as a private, non-profit 501(c)(3) organization to serve as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further our mission to help find missing children, reduce child sexual exploitation, and prevent future victimization, NCMEC operates the CyberTipline and Child Victim Identification Program. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement and also uses this information to help identify trends and create child safety and prevention messages. As a clearinghouse, NCMEC also works with Electronic Service Providers, law enforcement and the public in a combined effort to reduce online child sexual abuse images. NCMEC performs its programs of work pursuant to its own private mission and independent business operations. NCMEC does not act in the capacity of or under the direction or control of the government or law enforcement agencies. NCMEC does not investigate and cannot verify the accuracy of the information submitted by reporting parties.


## Contents

Section A: Reported Information 1

- Reporting Electronic Service Provider (ESP) 1
- Company Information 1
- Incident Information 1
- Peer to Peer 1
- Suspect 2
- Additional Information Submitted by the Reporting ESP 2
- Uploaded File Information 2

Section B: Automated Information Added by NCMEC Systems 4

- Explanation of Automated Information (in alphabetical order) 4
- Further Information on Uploaded Files 4
- Geo-Lookup (Suspect) 4
- Geo-Lookup (Uploaded Files) 4

Section C: Additional Information Provided by NCMEC 6

- Uploaded File Information 6

Section D: Law Enforcement Contact Information 7

- North Carolina State Bureau of Investigation 7

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*


CyberTipline Report 57356024 | 1

# Section A: Reported Information

**The following information was submitted to the CyberTipline by the Reporting Person or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.**

## Reporting Electronic Service Provider (ESP)

**Submitter:**

Microsoft - Online Operations
Microsoft Microsoft BingImage

Business Address:
One Microsoft Way
Redmond, WA 98052 United States

## Company Information

U.S. Law Enforcement - Where to serve Legal Process in Criminal Matters

OneDrive, Skype, Xbox, BingImage and other Microsoft Online Services:

Microsoft Corporation
Attn: Custodian of Records
One Microsoft Way
Redmond, WA 98052
Service of Process Only: uslereq@microsoft.com
Inquiries Only: msndcc@microsoft.com

Emergency Requests
Microsoft responds to emergency requests, 24 hours a day, if it relates to the imminent threat of death or serious physical injury as permitted in 18 U.S.C. section 2702(b)(8) and (c)(4). If you have an emergency request, please call the Law Enforcement National Security (LENS) hotline at (425) 722-1299. You may also submit an emergency request via e-mail to lealert@microsoft.com.

Non-U.S. Law Enforcement
Microsoft has established local contacts within your country/region to handle your legal process. If you are not already familiar with your local contact, send an email to globalcc@microsoft.com and you will be directed to the contact handling requests from your country/region. Your local contact will educate you as to what local process must be followed to obtain customer account records. All legal process from non-U.S. law enforcement/prosecutors/courts must be directed to Microsoft Corporation, One Microsoft Way, Redmond, WA 98052 U.S.A. Do not direct your legal process to a local subsidiary of Microsoft.

## Incident Information

| | |
|---|---|
| **Incident Type:** | Child Pornography (possession, manufacture, and distribution) |
| **Incident Time:** | 10-17-2019 02:33:45 UTC |
| **Description of Incident Time:** | Incident Time reflects when first image/video in the series was scanned |

## Peer to Peer

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

**Exhibit 1**


CyberTipline Report 57356024 | 2

| | |
|---|---|
| **Peer-to-Peer Client:** | BingImage |
| **IP Address:** | 2600:1700:13c0:9c30:a597:9f5a:813:fa6e at 10-17-2019 02:33:45 UTC |
| **Peer to Peer Filenames:** | 7f65782e-d606-4e05-9bd6-7a4e36a52627.jpg |

## Suspect

**IP Address:** 2600:1700:13c0:9c30:a597:9f5a:813:fa6e
10-17-2019 02:33:45 UTC

**Additional Information:** BingImage (referred to as Visual Search) is a service that provides similar images to an image provided by the user. This image can be provided either via upload or as a URL. The DateTime provided indicates the time at which the image was received and evaluated by the BingImage service. Please note the information contained in this CyberTip is the only information related to this user in Microsoft systems. All reportable information has been submitted and there is no other information regarding this user that can be supplied through additional legal process.

## Additional Information Submitted by the Reporting ESP

No reportee name is available

## Uploaded File Information

**Number of uploaded files:** 1

## Uploaded File Information

| | |
|---|---|
| **Filename:** | 7f65782e-d606-4e05-9bd6-7a4e36a52627.jpg |
| **MD5:** | 77360b21e6d62ccb2b54f23027d40021 |
| **Submittal ID:** | e6b83b9f94df92314281913397a0b3b3 |
| **Did Reporting ESP view entire contents of uploaded file?** | Yes |
| **Did Reporting ESP view the EXIF of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | (Information Not Provided by Company) |
| **Image Categorization by ESP:** (See Section B for further explanation) | B2 |
| **Original Binary Hash of File (PhotoDNA):** | 29,255,108,11,195,69,255,39,142,45,255,13,69,70,131,51,120,64,86,26,20,86,20,6,23,158,114,16,198,90,210,70,85,78,74,39,52,69,71,48,84,36,29,34,23,60,37,10,44,121,30,30,124,92,55,75,44,34,41,43,37,60,28,39,74,11,39,13,11,8,23,6,36,212,24,83,248,107,53,148,52,15,58,8,26,71,61,6,51,8,12,12,7,4,4,9,5,189,89,20,218,87,191,53,81,26,43,22,10,58,31,18,35,56,26,71,32,15,13,121,5,89,35,0,50,10,67,6,51,17,57,20,9,44,75,4,9,151,50,38,29,87,96,129 |

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 2600:1700:13c0:9c30:a597:9f5a:813:fa6e | | 10-17-2019 02:33:45 UTC |

**This concludes Section A. All of the information in this section was submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or Reporting ESP. The information appearing in Section A is information received in the original submission. The**

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*

**Exhibit 1**



CyberTipline Report 57356024 | 3

**reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.**

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*

**Exhibit 1**

NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN

CyberTipline Report 57356024 | 4

# Section B: Automated Information Added by NCMEC Systems

**Upon receipt of a CyberTipline report, NCMEC Systems may conduct automated processes on the information submitted in Section A. The information found in Section B of this CyberTipline Report has been automatically generated by NCMEC Systems. If the CyberTipline Report was submitted by a member of the public, Section B will be blank.**

## Explanation of Automated Information (in alphabetical order)

**Geo-Lookup:** When a Reporting ESP voluntarily reports an IP address for the "Suspect," NCMEC Systems will geographically resolve the IP address via a publicly-available online query. The results of this lookup are displayed.

Geolocation data is approximate and may not display a user's exact location. Please be aware that the geolocation information provided is not exact but is providing a reliable estimate of location based on IP address(es) voluntarily provided by the reporting ESP.

## Further Information on Uploaded Files

**Number of uploaded files in each categorization category:**

**B2:** 1

**The following categorization system was created by various ESPs in January 2014:**

| | Content Ranking | 1 | 2 |
|---|---|---|---|
| A | Prepubescent Minor | A1 | A2 |
| B | Pubescent Minor | B1 | B2 |

| Rank | Term | Definition |
|---|---|---|
| 1 | Sex Act | Any image of sexually explicit conduct (actual or simulated sexual intercourse including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction that lacks serious literary, artistic, political, or scientific value. |
| 2 | Lascivious Exhibition | Any image depicting nudity and one or more of: restraint, sexually suggestive poses, focus on genitals, inappropriate touching, adult arousal, spreading of limbs or genitals, and such depiction lacks serious literary, artistic, political, or scientific value. |

## Geo-Lookup (Suspect)

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 2600:1700:13c0:9c30:a597:9f5a:813:fa6e | US | NC | Raleigh | Raleigh-Durham (Fayetvlle) | 27612 | | 35.8538/ -78.686 | AT&T U-verse/ AT&T U-verse |

## Geo-Lookup (Uploaded Files)

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*

Exhibit 1



CyberTipline Report 57356024 | 5

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 2600:1700:13c0:9c30:a597:9f5a:813:fa6e | US | NC | Raleigh | Raleigh-Durham (Fayetvlle) | 27612 | | 35.8538/ -78.686 | AT&T U-verse/ AT&T U-verse |

This concludes Section B

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*

**Exhibit 1**

CyberTipline Report 57356024 | 6

# Section C: Additional Information Provided by NCMEC

**Section C contains information collected by NCMEC staff based on the information electronically submitted by the Reporting Person, NCMEC Call Center or Reporting ESP. Section C may contain a variety of additional information, including data gathered from queries on publicly-available, open-source websites. Any queries conducted by NCMEC staff will be documented and any query results will be saved to the electronic filing system when possible. The CyberTipline cannot confirm the accuracy of information found in public records or whether the results are affiliated with any parties relating to this report.**

| | |
|---|---|
| **NCMEC Priority Level:** | E (Report submitted by a registered Electronic Service Provider) |
| **NCMEC Classification*:** | Apparent Child Pornography (Unconfirmed) |
| **International Country:** | United States |
| **NCMEC Date Processed:** | 11-21-2019 22:22:10 UTC |
| **Made Available to Law Enforcement by NCMEC:** | Yes |

NCMEC Classification is based on NCMEC's review of the report **OR** a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP.

## Uploaded File Information

**Files Viewed by NCMEC:**

NCMEC staff have viewed the following uploaded files which had not been previously viewed and categorized by NCMEC at the time this report was generated.

**Files Viewed by NCMEC**

| Filename | MD5 |
|---|---|
| 7f65782e-d606-4e05-9bd6-7a4e36a52627.jpg | 77360b21e6d62ccb2b54f23027d40021 |

**This concludes Section C**

**If you need further information regarding the contents of this Report, please contact the CyberTipline at null or 1-877-446-2632, ext. 6702.**

**For more information regarding images containing identified child victims, please contact the Child Victim Identification Program (CVIP) at cvip@ncmec.org.**

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*

**Exhibit 1**



CyberTipline Report 57356024 | 7

# Section D: Law Enforcement Contact Information

**The report was made available to the Law Enforcement Agency listed below.**

## North Carolina State Bureau of Investigation

**Investigator:**

| | |
|---|---|
| **Assigned Officer:** | Access VPN |
| **Title:** | Analyst Tiffany Pate |
| **City/State:** | Raleigh, NC |
| **Country:** | United States |
| **Phone Number:** | |
| **Email Address:** | |

**Time/Date was made available: 11-21-2019 22:22:10 UTC**

**This concludes Section D**

**This concludes CyberTipline Report 57356024**

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

**Exhibit 1**