


# Domestic Declaration - CT 57356024 JSHEHAN.docx

| | |
|---|---|
| DocVerify ID: | 82BC3648-EFBC-4689-A07D-8DF8240E1729 |
| Created: | December 08, 2021 11:27:49 -8:00 |
| Pages: | 3 |
| Remote Notary: | Yes / State: VA |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

**E-Signature Summary**

**E-Signature 1: John Shehan (JFS)**
December 08, 2021 11:31:30 -8:00 [8C3718887681] [108.28.52.47]
(Principal) (Personally Known)

**E-Signature Notary: Nicole Philipson (nlp)**
December 08, 2021 11:31:30 -8:00 [8C2D2DD66F6D] [96.255.15.174]

I, Nicole Philipson, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.

# AFFIDAVIT OF JOHN SHEHAN

COMMONWEALTH OF VIRGINIA    )
                            )    SS
CITY OF ALEXANDRIA          )


NOW COMES THE AFFIANT, John Shehan, having been duly sworn to law, who deposes and states the following:

1. I am currently employed as Vice President of the Exploited Children Division ("ECD") at the National Center for Missing & Exploited Children ("NCMEC") and have been employed by NCMEC since February 2000. As Vice President, I am responsible for supervising NCMEC's CyberTipline. I am familiar with the operations of the CyberTipline, including the procedures involving the receipt and processing of reports by NCMEC and the procedures used to generate and maintain reports. The information contained in this declaration is based on my own personal knowledge and information to which I have access in my role as Vice President of ECD for NCMEC.

2. NCMEC is a private, nonprofit corporation, incorporated under the laws of the District of Columbia. NCMEC's mission is to help find missing children, reduce child sexual exploitation, and prevent child victimization.

**CyberTipline**

3. NCMEC created the ECD in January 1997. NCMEC began operating the CyberTipline on March 9, 1998, in furtherance of its private mission to serve as the national resource center and clearinghouse concerning online child sexual exploitation. The CyberTipline was created to allow persons to report online (and via toll-free telephone) the enticement of children for sexual acts, child sexual molestation, child pornography, child sex tourism, child sex trafficking, unsolicited obscene materials sent to a child, misleading domain names, misleading words or digital images on the Internet. The majority of CyberTipline reports NCMEC receives relate to apparent child pornography and are from electronic service providers ("ESPs").

4. ECD staff cannot alter or change information submitted by a reporting party to the CyberTipline. Except for the incident type, date, and time, NCMEC does not direct or mandate the type of information that a member of the public or an ESP may choose to submit in a CyberTipline

report. NCMEC provides voluntary reporting fields that a member of the public or an ESP may choose to populate with information.

5. The front page of each CyberTipline report indicates a date and time (in Coordinated Universal Time or UTC) that the report was created upon submission of the report content by the reporting person or reporting ESP. The front page also lists an Incident Type for the report and the number of total uploaded files, if any, submitted by the reporting ESP.

6. CyberTipline reports contain 4 sections: Section A, Section B, Section C, and Section D.

7. Section A of a CyberTipline report contains information submitted by the reporting person or reporting ESP. NCMEC staff cannot revise or edit any information contained in Section A. Other than the "Incident Type" and "Incident Time" fields in Section A, all information provided by the reporting person or reporting ESP in any other fields is voluntary.

8. Section B of a CyberTipline report contains automated information that NCMEC Systems automatically generate based on information provided by a reporting ESP.

9. Section C of a CyberTipline report contains additional information compiled and documented by NCMEC based on the information submitted in Section A.

10. Section D of a CyberTipline report contains information documented by NCMEC relating to the law enforcement agency to which the CyberTipline report was made available.

**Information Relevant to CyberTipline Report #57356024**

11. NCMEC generates CyberTipline reports, such as CyberTipline report #57356024, in the regular course of business. This report was created and maintained in the normal course of NCMEC's regularly conducted activities and was generated by, or upon transmission of the information from, a person with knowledge of the information set forth in this report. The report is a true and correct duplicate of the original.

12. On or about October 19, 2019, Microsoft, an ESP, submitted a report related to the suspect with the reported IP address of "2600:1700:13c0:9c30:a597:9f5a:813:fa6e". Microsoft indicated the Incident Type as "Child Pornography". Upon receipt, NCMEC generated CyberTipline report #57356024.

13. Microsoft uploaded one (1) file in CyberTipline report #57356024.

14. For the one (1) uploaded file, Microsoft responded "Yes" to the following question in Section A: "Did Reporting ESP view entire contents of uploaded file?".

15. As indicated in Section B, the one (1) uploaded file was categorized by Microsoft as a B2, which signifies that Microsoft described the uploaded files as containing content showing a pubescent minor engaged in lascivious exhibition, which is defined as any image depicting nudity and one or more of: restrain, sexually suggestive poses, focus on genitals, inappropriate touching, adult arousal, spreading of limbs or genitals, and such depiction lacks serious literary, artistic, political, or scientific value.

16. As indicated under the "Uploaded File Information" heading in Section B, the one (1) uploaded file matched the hash of the file that was previously viewed and categorized as Child Unclothed by NCMEC.

17. As indicated in Section C of CyberTipline report #57356024, NCMEC staff viewed the one (1) uploaded file.

18. As noted in Section D of CyberTipline report #57356024, NCMEC made CyberTipline report #57356024 available to the North Carolina State Bureau of Investigation in Raleigh, North Carolina.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

*John Shehan*
Signed on 2021/12/08 11:31:30 -8:00

12/08/2021

JOHN SHEHAN   DATE
Vice President, Exploited Children Division
The National Center for Missing and Exploited Children
333 John Carlyle Street
Alexandria, VA  22314


County of Arlington
Commonwealth of Virginia

The foregoing instrument was subscribed and sworn before me this 8th day of December, 2021 by John Shehan.


Notary Public: VA Remote Notary Signature  *nicole Philipson*
Signed on 2021/12/08 11:31:30 -8:00

My Commission Stamp

**Nicole Leah Philipson**
**Registration # 7910270**
Electronic Notary Public
Commonwealth of Virginia
My commission expires the 30 day of Sep 2025

Notary Stamp 2021/12/08 12:31:30 PST

Notarial act performed by audio-visual communication



Case 5:20-cr-00464-D   Document 51-4   Filed 12/10/21   Page 4 of 4

Exhibit 4

DocVerify ID: 82BC3648-EFBC-4689-A07D-8DF8240E1729
www.docverify.com
Page 3 of 3   38DF8240E1729