UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:19-CR-00464-D-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| WILLIAM ROBERT JEFFERY | |

This matter having come before the Court by the Defendant's unopposed Motion for Leave of Court to Use Videoconference Technology requesting witness Fallon McNulty, Program Manager for the National Center for Mission and Exploited Children's CyberTipline, who has been subpoenaed to testify in the evidentiary hearing in this matter currently set for June 24, 2022, to be permitted to testify virtually, and for good cause shown, it is hereby ORDERED that Fallon McNulty may testify virtually using this Court's Videoconference Technology.

This _15_ day of _June_, 2022.

JAMES C. DEVER III
United States District Judge