IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-464-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIAM ROBERT JEFFERY, | ) | |
| | ) | |
| Defendant. | ) | |

On June 24, 2022, the court held a hearing concerning defendant's motion to suppress. See [D.E. 45]. At the end of the hearing, the court made its findings of fact and conclusions of law in open court. As explained in open court and incorporated by reference, the court DENIES as meritless defendant's motion to suppress. See [D.E. 45].

SO ORDERED. This 24 day of June, 2022.

JAMES C. DEVER III
United States District Judge