UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-cr-00464-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **SECOND SUPERSEDING** |
| ) | **INDICTMENT** |
| WILLIAM ROBERT JEFFERY ) | |
| ) | |

The Grand Jury charges that:

Beginning no later than in or around October 2019, through on or about March 17, 2020, in the Eastern District of North Carolina, WILLIAM ROBERT JEFFERY, the defendant herein, did knowingly access with intent to view one or more matters, that is, computer hard drives and computer media containing digital and computer images, the production of which involved the use of one or more prepubescent minor or a minor who had not attained 12 years of age, engaging in sexually explicit conduct, and which images visually depicted such conduct. The images had been mailed, shipped and transported in interstate and foreign commerce and by use of means and facilities of interstate commerce, i.e., the Internet, and were produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## NOTICE OF PRIOR CONVICTION

Defendant WILLIAM ROBERT JEFFERY has the following prior final convictions that result in increased potential punishment under Title 18, United States Code, Section 2252A(b)(2):

On or about September 6, 2000, in the U.S. District Court for the Eastern District of North Carolina, WILLIAM ROBERT JEFFERY was convicted of interstate travel for purpose of engaging in a sexual act with a juvenile, in violation of 18 U.S.C. § 2423(b), and was sentenced to 24 months' imprisonment.

On or about February 20, 2000, in Dare County Superior Court, North Carolina, WILLIAM ROBERT JEFFERY was convicted of indecent liberties with a child, in violation of N.C.G.S. § 14-202.1, and was sentenced to 19 to 23 months' imprisonment.

[Remainder of page intentionally left blank]

## FORFEITURE NOTICE

The named defendant is hereby given notice that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of the offense set forth above, WILLIAM ROBERT JEFFERY, the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, 2253(a):

(1) any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of the offense(s);

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of said offense(s) or any property traceable to such property.

The forfeitable property includes but is not limited to a HGST 1TB 2.5" SATA hard drive, bearing s/n JR1000BDGE5JYE, and a Quantum 30GB IDE hard drive bearing s/n 176001919993.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant –

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), through 18 U.S.C. Sections 2253 or 1467, whichever may be applicable, to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL
**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

Date: 7 Dec 2022

MICHAEL F. EASLEY, JR.
United States Attorney

By: _____
JAKE D. PUGH
Assistant United States Attorney
Criminal Division