IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-464-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **VERDICT FORM** |
| WILLIAM ROBERT JEFFERY, | ) | |
| | ) | |
| Defendant. | ) | |

## COUNT ONE

On count one of the indictment, we the jury, unanimously find the defendant, William Robert Jeffery:

\_\_\_\_\_ Not Guilty

_✓_ Guilty

If you have found the defendant, William Robert Jeffery, guilty as alleged in count one, mark the ages of the person or persons visually depicted that you unanimously find beyond a reasonable doubt. Mark all that apply:

_✓_ Minor (i.e., any person under the age of eighteen years)

_✓_ Prepubescent minor (i.e., any person under the age of twelve years)

So say we all, this _19th_ day of December, 2022

REDACTED VERSION
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

\_\_\_\_\_

**Signature of Foreperson**