UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:20-CR-464-1D

UNITED STATES OF AMERICA

V.                                                          **ORDER**

**WILLIAM ROBERT JEFFREY**

IT IS HEREBY ORDERED that the following government exhibits be returned to FBI Special Agent Tyson Hanish and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| **EXHIBIT #** | **EXHIBIT DESCRIPTION** |
|---|---|
| 5 | Laptop 1TB Drive |
| 6 | Tower 30GB Drive |

So ordered. This 9 day of December, 2022.

Case Agent: _____
Signature

JAMES C. DEVER III
United States District Judge