IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-464-D
No. 5:25-CV-769-D

| | |
|---|---|
| WILLIAM ROBERT JEFFERY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States is DIRECTED to file an answer under Rule 5 of the Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 motion to vacate, set aside, or correct sentence within forty (40) days of the filing of this order.

SO ORDERED. This _2_ day of December, 2025.

JAMES C. DEVER III
United States District Judge