IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-464-D

| | | |
|---|---|---|
| WILLIAM ROBERT JEFFERY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The court DISMISSES as premature petitioner's motion for certificate of appealability.

See [D.E. 169]. The court has yet to resolve petitioner's motion for relief under 28 U.S.C. § 2255

[D.E. 161] or the United States' motion to dismiss [D.E. 165].

SO ORDERED. This 27 day of May, 2026.

JAMES C. DEVER III
United States District Judge