IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-464-D
No. 5:25-CV-769-D

| | | |
|---|---|---|
| WILLIAM ROBERT JEFFERY, Petitioner, | ) | |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, Respondent. | ) | |

Petitioner's request for a certificate of appealability [D.E. 173] is DENIED.

SO ORDERED. This 20 day of November, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge